83,103-01

Date: July 2nd 2015

District Clerk
Collin County Courthouse
P.O. Box 578
McKinney, Texas 75070

RE: Actual Innocence Statement concerning: Tr. Ct. W219-82591-
2012-HC and Ct. of Crim. App. WR-83,103-01.

Dear Clerk:

Please forward this Actual Innocence Statement Attachment to
Habeas Corpus 11.07 to all parties concerned.

Thank You.

Respectfully,

/s/

Richard Earl Phillips
TDCJ-ID #01911939
L.V. Hightower Unit
902 FM 686
Dayton, Texas 77535-6478

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 13 2015

Abel Acosta, Clerk

Tr. Ct. No. W219-82591-2012-HC
Ct. of Crim. App. WR-83,103-01

| | | |
|---|---|---|
| EX PARTE | § | IN THE 219TH |
| | § | |
| RICHARD EARL | § | JUDICIAL DISTRICT COURT |
| PHILLIPS | § | |
| | § | COLLIN COUNTY, TEXAS |

## ACTUAL INNOCENCE STATEMENT
### ATTACHMENT TO HABEAS CORPUS 11.07

TO THIS HONORABLE COURT:

COMES NOW, the Petitioner, Richard Earl Phillips, TDCJ-ID 01911939, incarcerated at the L.V. Hightower Unit of the Texas Department of Criminal Justice, by and true Pro-Se, Respectfully Requesting this Actual Innocence Statement be attached to Habeas Corpus 11.07.

## LAW

The Incarceration of an Innocent Person violates the Due Process of the Fourteenth Amendment of the United States Constitution. A Bare Claim of Actual Innocence is cognizable in a State Post-Conviction Habeas Corpus 11.07 Proceeding.

U.S.C.A 14th Amendment

Ex Parte Chavez, 213 S.W.3d 32 (2006)

...the Texas Court of Criminal Appeals held that a quality Plea does not forclose a Habeas Corpus Application from Asserting Actual Innocence...

Ex Parte Tuley, 109 S.W.3d 388 (2002)

Ex Parte Rich, 194 S.W.3d 508 (Tx. Ct. App. 2006)

The Applicant's Assertion that his plea was entered solely for the purpose from extricating himself from the Situation he found himself in, and As Such was not Indictive of any Credible Admission of Guilt...

1

Ex Parte Tuley, 109 S.W.3d 388, 393 (2002)

... the inability to Afford Counsel, the inability to Afford $250,000 bail, Family obligations, the need to return to work, to pay for Mortgage, to Pay Child Support and many other considerations ... influence a defendant's choice to plead guilty... (id 393).

## HISTORY

Applicant pled Actual Innocence, for 472 days, as stated in 11.07. Applicant had never previously spent extended time incarcerated and was following his attorney's advise to "sit tight." When Attorney Paul Stuckle was to take over, on May 2nd, he would file 18 Motions that would set the stage for dismissal of the charges or go to trial. I felt confident having him as my attorney. When I found I could not come up with his fee, Attorney Christopher Routt stepped back in and took over my case. I did not have the same confidence in Attorney Routt as I had had in Attorney Stuckle and felt that I might be in trouble. I told the Court that "I liked Mr. Routt as a person, but needed a Real Lawyer like Paul Stuckle." As far as I knew, Attorney Routt did not have a similar Trial Strategy. He informed me that the charge was NOT 3(g) and I had more than enough time to Parole In Absenty and go home in 30 to 60 days. I replied that "if this is True, then I will sign the Plea, as long as no one has to go through any more pain."

During the Plea Hearing, Attorney Routt said the Prosecution had agreed to 5-years. I told him, "This is crazy, let's just go to trial." He then came back with a 4 years and 6 months offer. How many people get 4 years 6 months time? I finally succumbed to this, primarily just to put a stop to all of this madness resulting from the divorce.

Also, How would Applicant come up with "Lost Evidence," had he not been told this by his attorney? This "Lost Evidence" WOULD HAVE NOT MATCHED Applicant's; proving Applicant DID NOT masterbate

in victim's room, as stated. Why would I NOT know to use that in Court for my defense?

If Attorney Routt was so confident that we could win, especially with the Default in the Indictment, then why would Counsel allow his Client to take a Plea Bargain?

I, Richard Earl Phillips, have been truthful in this Actual Innocence Statement, as well as in the Habeas Corpus 11.07 filed in your Court. I am innocent of all charges.

## PRAYER

I pray this Honorable Court will review Applicant's Habeas Corpus 11.07, after reading this Actual Innocence Statement Attachment, and find Applicant Innocent of all charges stated,

RESPECTFULLY,

/s/

Richard Earl Phillips
TDCJ-ID #U1911939
L.V. Hightower Unit
902 FM 686
Dayton, Texas 77535-6478